UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVID HEBERT | CIVIL ACTION |
| VERSUS | NO. 19-12267-WBV-DPC |
| UNITEDHEALTHCARE INSURANCE COMPANY | SECTION "D"(2) |

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise,[1]

IT IS ORDERED that this action be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown, to reopen the action if settlement is not consummated within a reasonable time. The Court retains jurisdiction to enforcing the compromise agreed upon by the parties.

COUNSEL ARE REMINDED that, if witnesses have been subpoenaed, EVERY WITNESS MUST be notified by counsel not to appear.

New Orleans, Louisiana, June 17, 2020.

*Wendy B. Vitter*
**WENDY B. VITTER**
**United States District Judge**

---

[1] R. Doc. 23.